AO 240  (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of  Massachusetts

ATTACHMENT 5

CHRISTOPHER ALVES,

Plaintiff

V.

ROBERT MURPHY, Superintendent, et al.,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:  05 - 1 1 0 9 0 MLW

I, ___Christopher Alves_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently ~~incarcerated?~~ Civilly Committed?  ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your ~~incarceration~~ Commitment:  Mass. Treatment Center _____
   Are you employed at the institution? __Yes__  Do you receive any payment from the  Treatment Center
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

A.O 240 Reverse (Rev. 9/96)

4.  Do you have **any** cash or checking or savings accounts?     ☒ Yes          ☐ No

    If "Yes," state the total amount.  <u>See attached Computer Print-out.</u>

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?          ☐ Yes          ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

        N/A

I declare under penalty of perjury that the above information is true and correct.

<u>5/23/05</u>                    <u>Chris Ahned</u>
    Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSA~.~USETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20050506 09:33

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | M81271 | | | | **MASS. TREATMENT CENTER** | | | Page | 1 |
| Name   : | ALVES, CHRISTOPHER, , | | | | Statement From | 20041101 | | | |
| Inst   : | MASS. TREATMENT CENTER | | | | To | 20050506 | | | |
| Block  : | B1 | | | | | | | | |
| Cell/Bed : | 009 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | **Total Transaction before this Period :** | | $2,070.01 | $2,053.47 | $103.58 | $103.58 |
| 20041103 23:04 | PY - Payroll | 3614119 | | MTC | ~20041017 To 20041023 | $8.25 | $0.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3619390 | | MTC | ~Canteen Date : 20041104 | $0.00 | $8.86 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3652135 | | MTC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20041110 23:05 | PY - Payroll | 3664878 | | MTC | ~20041024 To 20041030 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3668050 | | MTC | ~Canteen Date : 20041111 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041112 09:12 | ML - Mail | 3671505 | | STH | ~LYDIA HILL | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041112 09:12 | MA - Maintenance and Administration | 3671506 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041112 09:12 | TI - Transfer from Institution | 3671509 | | STH | ~Associate Receipt Number is 3671505 | $0.00 | $9.00 | $0.00 | $0.00 |
| 20041112 09:12 | TI - Transfer from Institution | 3671510 | | MTC | ~Associate Receipt Number is 3671505 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20041116 08:22 | ML - Mail | 3680758 | | STH | ~SWEENEY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041116 08:22 | TI - Transfer from Institution | 3680759 | | STH | ~Associate Receipt Number is 3680758 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041116 08:22 | TI - Transfer from Institution | 3680760 | | MTC | ~Associate Receipt Number is 3680758 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041116 10:24 | EX - External Disbursement | 3682081 | 95712 | MTC | ~FHS | $0.00 | $7.50 | $0.00 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3694495 | | MTC | ~20041031 To 20041106 | $6.50 | $0.00 | $0.00 | $0.00 |
| 20041118 22:30 | CN - Canteen | 3699177 | | MTC | ~Canteen Date : 20041118 | $0.00 | $13.74 | $0.00 | $0.00 |
| 20041123 08:57 | ML - Mail | 3712738 | | STH | ~N SWEENEY | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041123 08:57 | TI - Transfer from Institution | 3712739 | | STH | ~Associate Receipt Number is 3712738 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041123 08:57 | TI - Transfer from Institution | 3712740 | | MTC | ~Associate Receipt Number is 3712738 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041124 22:30 | CN - Canteen | 3723551 | | MTC | ~Canteen Date : 20041124 | $0.00 | $15.52 | $0.00 | $0.00 |
| 20041124 23:04 | PY - Payroll | 3729402 | | MTC | ~20041107 To 20041113 | $8.25 | $0.00 | $0.00 | $0.00 |
| 20041126 10:43 | EX - External Disbursement | 3732053 | 95939 | MTC | ~FHS | $0.00 | $3.30 | $0.00 | $0.00 |
| 20041201 23:06 | PY - Payroll | 3754257 | | MTC | ~20041114 To 20041120 | $8.25 | $0.00 | $0.00 | $0.00 |
| 20041202 22:30 | CN - Canteen | 3759816 | | MTC | ~Canteen Date : 20041202 | $0.00 | $20.65 | $0.00 | $0.00 |
| 20041203 08:23 | ML - Mail | 3762702 | | STH | ~N SWEENEY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041203 08:23 | MA - Maintenance and Administration | 3762703 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041203 08:23 | TI - Transfer from Institution | 3762705 | | STH | ~Associate Receipt Number is 3762702 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20041203 08:23 | TI - Transfer from Institution | 3762706 | | MTC | ~Associate Receipt Number is 3762702 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20041203 10:00 | EX - External Disbursement | 3763946 | 96096 | MTC | ~BLUE DOT-FHS | $0.00 | $7.50 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3785142 | | MTC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20041208 23:07 | PY - Payroll | 3804953 | | MTC | ~20041121 To 20041127 | $8.25 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20050506 09:33

| | | | |
|---|---|---|---|
| Commit# : | M81271 | MASS. TREATMENT CENTER | Page   2 |
| Name  : | ALVES, CHRISTOPHER, , | Statement From   20041101 | |
| Inst   : | MASS. TREATMENT CENTER | To   20050506 | |
| Block  : | B1 | | |
| Cell/Bed : | 009 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041209 22:30 | CN - Canteen | 3810633 | | MTC | ~Canteen Date : 20041209 | $0.00 | $17.53 | $0.00 | $0.00 |
| 20041214 08:33 | ML - Mail | 3824889 | | STH | ~N SWEENEY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041214 08:33 | TI - Transfer from Institution | 3824890 | | STH | ~Associate Receipt Number is 3824889 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041214 08:33 | TI - Transfer from Institution | 3824891 | | MTC | ~Associate Receipt Number is 3824889 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041215 23:05 | PY - Payroll | 3839522 | | MTC | ~20041128 To 20041204 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3845824 | | MTC | ~Canteen Date : 20041216 | $0.00 | $18.22 | $0.00 | $0.00 |
| 20041217 08:42 | ML - Mail | 3848606 | | STH | ~CHERVENEY FAMILY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041217 08:42 | TI - Transfer from Institution | 3848607 | | STH | ~Associate Receipt Number is 3848606 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20041217 08:42 | TI - Transfer from Institution | 3848608 | | MTC | ~Associate Receipt Number is 3848606 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041221 08:54 | ML - Mail | 3859057 | | STH | ~LYDIA DEHAY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041221 08:54 | TI - Transfer from Institution | 3859058 | | STH | ~Associate Receipt Number is 3859057 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041221 08:54 | TI - Transfer from Institution | 3859059 | | MTC | ~Associate Receipt Number is 3859057 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20041223 23:05 | PY - Payroll | 3876295 | | MTC | ~20041205 To 20041211 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20041223 22:30 | CN - Canteen | 3883977 | | MTC | ~Canteen Date : 20041223 | $0.00 | $21.26 | $0.00 | $0.00 |
| 20041227 12:29 | IC - Transfer from Inmate to Club A/c | 3888154 | | MTC | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041228 14:39 | ML - Mail | 3894069 | | STH | ~N. SWEENEY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041228 14:39 | TI - Transfer from Institution | 3894070 | | STH | ~Associate Receipt Number is 3894069 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20041228 14:39 | TI - Transfer from Institution | 3894071 | | MTC | ~Associate Receipt Number is 3894069 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3900963 | | MTC | ~Canteen Date  20041229 | $0.00 | $16.16 | $0.00 | $0.00 |
| 20041229 23:04 | PY - Payroll | 3909348 | | MTC | ~20041212 To 20041218 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050105 08:35 | ML - Mail | 3929650 | | STH | ~N SWEENEY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050105 08:35 | MA - Maintenance and Administration | 3929651 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050105 08:35 | TI - Transfer from Institution | 3929653 | | STH | ~Associate Receipt Number is 3929650 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050105 08:35 | TI - Transfer from Institution | 3929654 | | MTC | ~Associate Receipt Number is 3929650 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3939865 | | MTC | ~20041219 To 20041225 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3945399 | | MTC | ~Canteen Date : 20050106 | $0.00 | $37.17 | $0.00 | $0.00 |
| 20050107 09:48 | IC - Transfer from Inmate to Club A/c | 3949585 | | MTC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050112 09:03 | EX - External Disbursement | 3964479 | 97038 | MTC | ~FHS | $0.00 | $6.75 | $0.00 | $0.00 |
| 20050112 23:05 | PY - Payroll | 3973135 | | MTC | ~20041226 To 20050101 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050113 08:37 | ML - Mail | 3976184 | | STH | ~NEIL S | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050113 08:37 | TI - Transfer from Institution | 3976185 | | STH | ~Associate Receipt Number is 3976184 | $0.00 | $20.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050506 09:33**

| | | | |
|---|---|---|---|
| Commit# : | M81271 | MASS. TREATMENT CENTER | Page    3 |
| Name   : | ALVES, CHRISTOPHER, , | Statement From    20041101 | |
| Inst   : | MASS  TREATMENT CENTER | To    20050506 | |
| Block  : | B1 | | |
| Cell/Bed : | 009 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050113 08:37 | TI - Transfer from Institution | 3976186 | | MTC | ~Associate Receipt Number is 3976184 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986105 | | MTC | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995890 | | MTC | ~Canteen Date : 20050113 | $0.00 | $18.56 | $0.00 | $0.00 |
| 20050119 23:06 | PY - Payroll | 4017412 | | MTC | ~20050102 To 20050108 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050120 08:07 | ML - Mail | 4020105 | | STH | ~N SWEENEY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:07 | TI - Transfer from Institution | 4020106 | | STH | ~Associate Receipt Number is 4020105 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050120 08:07 | TI - Transfer from Institution | 4020107 | | MTC | ~Associate Receipt Number is 4020105 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022430 | | MTC | ~Canteen Date : 20050120 | $0.00 | $17.21 | $0.00 | $0.00 |
| 20050126 23:03 | PY - Payroll | 4046434 | | MTC | ~20050109 To 20050115 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050128 09:49 | ML - Mail | 4054135 | | STH | ~NEIL SWEENEY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050128 09:49 | TI - Transfer from Institution | 4054136 | | STH | ~Associate Receipt Number is 4054135 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050128 09:49 | TI - Transfer from Institution | 4054137 | | MTC | ~Associate Receipt Number is 4054135 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050128 09:52 | ML - Mail | 4054170 | | STH | ~LYDIA HILL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050128 09:52 | TI - Transfer from Institution | 4054171 | | STH | ~Associate Receipt Number is 4054170 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050128 09:52 | TI - Transfer from Institution | 4054172 | | MTC | ~Associate Receipt Number is 4054170 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4057176 | | MTC | ~Canteen Date : 20050128 | $0.00 | $10.09 | $0.00 | $0.00 |
| 20050201 10:22 | EX - External Disbursement | 4064818 | 97460 | MTC | ~FHS | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050201 10:22 | MA - Maintenance and Administration | 4064819 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050202 23:06 | PY - Payroll | 4079413 | | MTC | ~20050116 To 20050122 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4086600 | | MTC | ~Canteen Date : 20050203 | $0.00 | $14.37 | $0.00 | $0.00 |
| 20050209 14:42 | IC - Transfer from Inmate to Club A/c | 4106632 | | MTC | ~808,810~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $40.63 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115139 | | MTC | | $0.33 | $0.00 | $0.00 | $0.00 |
| 20050209 23:06 | PY - Payroll | 4129575 | | MTC | ~20050123 To 20050129 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4135220 | | MTC | ~Canteen Date : 20050210 | $0.00 | $16.26 | $0.00 | $0.00 |
| 20050215 11:34 | EX - External Disbursement | 4149010 | 97802 | MTC | ~BLUE DOT 2/17/05~FHS | $0.00 | $5.60 | $0.00 | $0.00 |
| 20050216 23:07 | PY - Payroll | 4162256 | | MTC | ~20050130 To 20050205 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4169648 | | MTC | ~Canteen Date : 20050217 | $0.00 | $20.40 | $0.00 | $0.00 |
| 20050223 23:06 | PY - Payroll | 4191166 | | MTC | ~20050206 To 20050212 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4198407 | | MTC | ~Canteen Date : 20050224 | $0.00 | $11.56 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4222886 | | MTC | ~20050213 To 20050219 | $8.75 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050506 09:33

| | | |
|---|---|---|
| Commit# : | M81271 | Page : 4 |
| Name : | ALVES, CHRISTOPHER, , | MASS. TREATMENT CENTER |
| Inst : | MASS. TREATMENT CENTER | Statement From 20041101 |
| Block : | B1 | To 20050506 |
| Cell/Bed : | 009 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050303 22:30 | CN - Canteen | 4228615 | | MTC | ~Canteen Date : 20050303 | $0.00 | $14.00 | $0.00 | $0.00 |
| 20050309 09:54 | EX - External Disbursement | 4249196 | 98311 | MTC | ~FHS | $0.00 | $6.75 | $0.00 | $0.00 |
| 20050309 09:54 | MA - Maintenance and Administration | 4249197 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050309 23:06 | PY - Payroll | 4258132 | | MTC | ~20050220 To 20050226 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4265327 | | MTC | ~Canteen Date : 20050310 | $0.00 | $19.56 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4286109 | | MTC | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20050316 23:07 | PY - Payroll | 4305591 | | MTC | ~20050227 To 20050305 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4312927 | | MTC | ~Canteen Date : 20050317 | $0.00 | $17.04 | $0.00 | $0.00 |
| 20050323 08:28 | EX - External Disbursement | 4328541 | 98694 | MTC | ~FHS | $0.00 | $7.15 | $0.00 | $0.00 |
| 20050323 23:06 | PY - Payroll | 4337444 | | MTC | ~20050306 To 20050312 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4345178 | | MTC | ~Canteen Date : 20050324 | $0.00 | $12.98 | $0.00 | $0.00 |
| 20050330 23:08 | PY - Payroll | 4368383 | | MTC | ~20050313 To 20050319 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050331 22:30 | CN - Canteen | 4373686 | | MTC | ~Canteen Date : 20050331 | $0.00 | $11.09 | $0.00 | $0.00 |
| 20050406 23:05 | PY - Payroll | 4405952 | | MTC | ~20050320 To 20050326 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4412665 | | MTC | ~Canteen Date : 20050407 | $0.00 | $12.17 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425976 | | MTC | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20050412 08:44 | ML - Mail | 4441938 | | STH | ~LYDIA HILL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050412 08:44 | MA - Maintenance and Administration | 4441940 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050412 08:44 | TI - Transfer from Institution | 4441950 | | STH | ~Associate Receipt Number is 4441938 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050412 08:44 | TI - Transfer from Institution | 4441951 | | MTC | ~Associate Receipt Number is 4441938 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050413 23:06 | PY - Payroll | 4456856 | | MTC | ~20050327 To 20050402 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050414 11:47 | EX - External Disbursement | 4461819 | 99261 | MTC | ~BLUE DOT 4/14/05--FHS | $0.00 | $4.75 | $0.00 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4465219 | | MTC | ~Canteen Date : 20050414 | $0.00 | $17.74 | $0.00 | $0.00 |
| 20050420 23:16 | PY - Payroll | 4487486 | | MTC | ~20050403 To 20050409 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494891 | | MTC | ~Canteen Date : 20050421 | $0.00 | $17.28 | $0.00 | $0.00 |
| 20050427 23:06 | PY - Payroll | 45:8276 | | MTC | ~20050410 To 20050416 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050428 09:26 | ML - Mail | 4521880 | | STH | ~NEIL SWEENEY | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050428 09:26 | TI - Transfer from Institution | 4521881 | | STH | ~Associate Receipt Number is 4521880 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050428 09:26 | TI - Transfer from Institution | 4521882 | | MTC | ~Associate Receipt Number is 4521880 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050428 14:10 | EX - External Disbursement | 4522839 | 99631 | MTC | ~BLUE DOT 4/28/05--FHS | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4523717 | | MTC | ~Canteen Date : 20050428 | $0.00 | $26.12 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050506 09:33

| | | | |
|---|---|---|---|
| Commit# : | M81271 | MASS. TREATMENT CENTER | Page    5 |
| Name   : | ALVES, CHRISTOPHER, , | Statement From    20041101 | |
| Inst   : | MASS. TREATMENT CENTER | To    20050506 | |
| Block  : | B1 | | |
| Cell/Bed : | 009 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050502 10:22 | IC - Transfer from Inmate to Club A/c | 4533061 | | MTC | ~SICK CALL 4/22/05--MEDICAL CO-PAYMENT - Z4--MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050504 14:17 | IC - Transfer from Inmate to Club A/c | 4547220 | | MTC | ~CLOTHING--KCN WASH ACCOUNT - Z5--KCN WASH ACCOUNT - Z5 | $0.00 | $18.31 | $0.00 | $0.00 |
| 20050504 23:12 | PY - Payroll | 4554401 | | MTC | ~20050417 To 20050423 | $8.75 | $0.00 | $0.00 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4563223 | | MTC | ~Canteen Date : 20050505 | $0.00 | $24.07 | $0.00 | $0.00 |
| | | | | | | $985.46 | $963.35 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $38.65 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $38.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |