UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHRISTOPHER ALVES,                          )
    Plaintiff,                          )
                           )
vs.                                         )     CIVIL ACTION
                           )     NO.
ROBERT MURPHY, Superintendent, et al.,      )
    Defendant's.                            )

# 05-11090 MLW

## MOTION TO WAIVE FILING FEES AND TO PROCEED
## IN FORMA PAUPERIS

Plaintiff, Christopher Alves, acting pro-se in the above entitled matter, respectfully requests that this Court waive the filing fees in this action and allow him to proceed in forma pauperis. As grounds, plaintiff states the following:

1) That he is currently "civilly" committed to the Mass. Treatment Center, under M.G.L. Ch.123A, 814(d), as amended through St.1999, c.74.

2) That since the plaintiff, as a civilly committed patient at the Mass. Treatment Center, is not a "prisoner" under the terms of the Prison Litigation Reform ACt, see Perkins vs. vs. Hedricks, 340 F.3d 582, 583 (8th Cir. 2003); Troville vs. Venz, 303 F.3d 1256, 1559-60 (11th Cir. 2002); Yoder vs. Patla, 234 F.3d 1275 (7th Cir. 2000); see King vs. Greenblatt, 53 F.Supp.2d 117. 138 (D.Mass. 1999), he is not subjected to the "fee paying requirement" under the PLRA.

3) As reflected by the attached Affidavit and Financial Statement, plaintiff is financially unable to afford the costs

-2-

of the filing fees in this action, and has no expectation of being in a position in the near future to financially afford the filing fees in this action.

WHEREFORE, it is respectfully prayed that this Court ALLOWS this Motion and it's Order issue therefrom declaring plaintiff to be indigent.

Dated: _5/23/05_ .                    Respectfully submitted,

                                      Christopher Alves, #M-81271
                                      Plaintiff/Pro-se
                                      Mass. Treatment Center
                                      30 Administration Rd.
                                      Bridgewater, Mass. 02324-3230