| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>CHRISTOPHER ALVES | COURT CASE NUMBER<br>05-11090-MLW |
|---|---|
| DEFENDANT<br>STEPHEN CORRIGAN, M.A. | TYPE OF PROCESS<br>Civil |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Massachusetts Treatment Center |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>30 Administration Rd., Bridgewater, Mass. 02324-3230 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Alves, #M-81271
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Defendant is/was a clinician employed by Forensic Health Services - The current Treatment Provider contracted by the Mass. Department of Correction to provide specific treatment services at the Mass. Treatment Center. However, has since terminated his employment at the Mass. Treatment Center.

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Christopher Alves* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>10/21/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/07/05 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service   Time   am / pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>67.50 | Total Mileage Charges (including endeavors)<br>— | Forwarding Fee<br>— | Total Charges<br>67.50 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
1/11/06 - Andrea O/r - RETURN UNEXECUTED
1/11/06 - ADVISED BY ANDREA OLIVER OF FORENSIC HEALTH SERVICES ABOUT DEFENDANT NO LONGER EMPLOYED THERE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

Christopher Alves,
         Plaintiff
v.

Robert Murphy, et al.,
         Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C.A. 05-11090-MLW

TO: (Name and address of Defendant)

Stephen Corrigan, MA, L.M.H.C.
Forensic Health Services
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER ALVES, pro se #M-81271
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                          10/14/05
CLERK                                       DATE

_Rebecca Greenley_
(By) DEPUTY CLERK