**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CHRISTOPHER ALVES | 05-11090-MLW |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT MURPHY, Superintendent | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Massachusetts Treatment Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
30 Administration Rd., Bridgewater, Mass. 02324-3230

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Alves, #M-81271
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Defendant is the current Superintendent of the Massachusetts Treatment Center. Employed by the Massachusetts Department of Correction.

Signature of Attorney or other Originator requesting service on behalf of:
Christopher Alves

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: N/A
DATE: 10/21/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 11/07/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
JESSICA DUTRA - ADMIN ASSIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/4/06
Time: 9:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 17.50 | 70.44 | — | 87.94 | | | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Christopher Alves
               Plaintiff

V.

Robert Murphy, et al
               Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C.A. 05-11090-MLW

TO: (Name and address of Defendant)

Robert Murphy, Superintendent
Mass. Treatment Center
Department of Correction
30 Administration Rd.
Bridgewater, Mass. 02324-3230

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Alves, PRO SE #M-81271
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton
CLERK

10/14/05
DATE

Rebecca Greenly
(By) DEPUTY CLERK