**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 2005-11090-MLW**

**CHRISTOPHER ALVES,**
            **Plaintiff,**

**v.**

**ROBERT MURPHY,** *et al*,
            **Defendants.**

---

**NOTICE OF APPEARANCE**

---

Please note the undersigned's appearance on behalf of the defendants, Robert Murphy

and John Rull (the "DOC Defendants"). This notice of appearance is not intended as a waiver of

any defense the defendants may have, including any defense regarding service of process.  The

defendants specifically reserve any such defenses.

                        Respectfully Submitted
                        by the Commonwealth

                        NANCY ANKERS WHITE
                        Special Assistant Attorney General

            by:    /s/ Brian P. Mansfield
                        Brian P. Mansfield, Counsel
                        Department of Correction
                        Massachusetts Treatment Center
                        30 Administration Road
                        Bridgewater, Massachusetts 02324
                        (508) 279-8180
Dated: February 3, 2006        BBO Number 564671

## **CERTIFICATE OF SERVICE**

      I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by Institutional Mail.

 

Dated: February 3, 2006

/s/ Brain P. Mansfield\_\_\_

Brian P. Mansfield