UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-11090-MLW

**CHRISTOPHER ALVES,**
        **Plaintiff,**

v.

**ROBERT MURPHY,** *et al*,
        **Defendants.**

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendants, Robert Murphy and John Rull (the "DOC Defendants") by and through undersigned counsel, and hereby moves this honorable Court to enlarge the time for serving a responsive pleading to plaintiff's complaint, up to and including March 22, 2006.

The additional time is required in order to allow counsel to investigate plaintiff's numerous allegations and claims and develop a meaningful response. Additional time is also required due to counsel's heavy case load. Among other work, counsel is in the process of drafting and filing a responsive pleading in a federal lawsuit, Blake v. Murphy, No. 2005-10508-RGS, which is due in this court on February 20, 2006. Counsel is also representing the Commonwealth of Massachusetts in a G.L.c. 123A, § 9, Sexually Dangerous person ("SDP") Superior Court jury trial, Richlin v. Commonwealth, Norfolk No. 2003-743, Unified Session No. 2003-10438, which is scheduled for trial on February 22, 2006. SDP trials are extremely fact intensive and require significant preparation. This extension will in no way prejudice the plaintiff's lawsuit.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | by the Commonwealth |
|  | NANCY ANKERS WHITE<br>Special Assistant Attorney General |
| by: | /s/ Brian P. Mansfield<br>Brian P. Mansfield, Counsel<br>Department of Correction<br>Massachusetts Treatment Center<br>30 Administration Road<br>Bridgewater, Massachusetts 02324<br>(508) 279-8180 |
| Dated: February 3, 2006 | BBO Number 564671 |

## CERTIFICATE OF SERVICE

I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by Institutional Mail.

|  |  |
|---|---|
|  | /s/ Brain P. Mansfield___ |
| Dated: February 3, 2006 | Brian P. Mansfield |