UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-11090-MLW

**CHRISTOPHER ALVES,**
           **Plaintiff,**

v.

**ROBERT MURPHY,** *et al*,
           **Defendants.**

---

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

---

NOW COMES the Defendants, Robert Murphy and John Rull (the "DOC Defendants") by and through undersigned counsel, and hereby moves this honorable Court to enlarge the time for serving a responsive pleading to plaintiff's complaint, up to and including April 18, 2006.

The additional time is required in order to allow counsel to investigate plaintiff's numerous allegations and claims and develop a meaningful response. Additional time is also required due to counsel's heavy case load.  Counsel recently represented the Commonwealth of Massachusetts in a G.L.c. 123A, § 9, Sexually Dangerous person ("SDP") Superior Court jury trial, Richlin v. Commonwealth, Norfolk No. 2003-743, Unified Session No. 2003-10438, which Concluded on Mrch 1, 2006, and will be representing the Commonwealth in two other SDP trial: Colarusso v. Commonwealth, Suffolk No.05-10786, scheduled for March 27, 2006, and Olver v. Commonwealth, Suffolk No. 05-11335, scheduled for trial on April 10, 2006.  SDP trials are extremely fact intensive and require significant preparation. This extension will in no way prejudice the plaintiff's lawsuit.

          Respectfully Submitted

          by the Commonwealth

          NANCY ANKERS WHITE
          Special Assistant Attorney General

by:    /s/ Brian P. Mansfield
        Brian P. Mansfield, Counsel
        Department of Correction
        Massachusetts Treatment Center
        30 Administration Road
        Bridgewater, Massachusetts 02324
        (508) 279-8180

Dated: March 16, 2006        BBO Number 564671

## CERTIFICATE OF SERVICE

    I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by Institutional Mail.

          /s/ Brain P. Mansfield
Dated: March 16, 2006        Brian P. Mansfield