```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


CHRISTOPHER ALVES,            )
        Plaintiff(s),         )
                              )
        v.                    )     C.A. No. 05-11090-MLW
                              )
ROBERT MURPHY et al           )
        Defendant(s),         )
```

ORDER

WOLF, D.J.                                          September 28, 2006

The parties in this case were issued a Memorandum and Order asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Robert B. Collings pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. No party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Collings for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

```
                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT COURT
```