# United States District Court
# District of Massachusetts

CHRISTOPHER ALVES,

     V.                         CIVIL ACTION NO. 2005-11090-RBC

ROBERT MURPHY, ETC.,
JOHN RULL, ETC.,
STEPHEN CORRIGAN, ETC.,
     Defendants.

## *ORDER*

COLLINGS, U.S.M.J.

The defendants Murphy and Rull shall, *on or before the close of business on Monday, October 30, 2006,* file and serve a memorandum of law in support of their First Affirmative Defense (that the complaint fails to state claims upon which relief may be granted); the plaintiff may file and serve a response *on or before the close of business on November 20, 2006.*

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

October 2, 2006.