UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER ALVES,
    Plaintiff,

vs.                                      C.A.No. 05-11090-RBC

ROBERT MURPHY, Superintendent, et al.,
    Defendant's.

## PLAINTIFF'S MOTION FOR LEAVE TO LATE FILE OPPOSITION TO DOC DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR FIRST AFFIRMATIVE DEFENSE-FAILURE TO STATE A CLAIM

Plaintiff, Christopher Alves, acting pro-se in the above referenced matter, hereby requests leave to late file his opposition to DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense-Failure to State a Claim. As grounds, plaintiff states as follows:

1) Plaintiff received DOC Defendants' service via the Treatment Center's "internal mailing system" on or about 11/4/06. Rather than via first class mail.

2) The Treatment Center's "internal mailing system" usually has a three to five day delay in forwarding residents internal mail.

3) At the time of receiving DOC Defendants' service, plaintiff had no postage and did not receive adequate postage until he was able to purchase adequate postage one week later.

Dated: _____ .            Respectfully submitted,

                                  C. Alves
                                  _____
                                  Christopher Alves, #M-81271
                                  Plaintiff/Pro-se
                                  Mass. Treatment Center
                                  30 Administration Rd.
                                  Bridgewater, Mass. 02324