UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER ALVES,
    Plaintiff,

vs.

    C.A.No.05-11090-RBC.

ROBERT MURPHY, Superintendent, et al.,
    Defendant's.

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Christopher Alves, acting pro-se in the above referenced matter, hereby motions the court to enlarge the time period in which he is required to submit a Memorandum of Law in Support of his Opposition to DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense—Failure to State a Claim, up to and including the date of January 30, 2007. As grounds, plaintiff states the following:

1) Plaintiff is a pro-se litigant in the care and custody of the Massachusetts Department of Correction("DOC"). Currently civilly committed at the Massachusetts Treatment Center("MTC").

2) Plaintiff as a civilly committed inmate has extremely limited access to a law library. For example, the Treatment Center's law library is "combined" with the "general" and the "law" library ("Library"). Which combined only has a seating capacity of approximately twenty-five. While the civil commit population is at approximately three-hundred.

3) The additional time sought is necessary in order to have adequate time to research the defendant's claims and defenses.

4) The additional time sought is not made as any delaying tactic or in bade faith, nor will it prejudice the defendant's Motion at hand.

-2-

Dated: 11/14/06 .                Respectfully submitted,

                                                                                   _____
Christopher Alves, #M-81271
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

**CERTIFICATE OF SERVICE**

    I, Christopher Alves, hereby certify's that I have today served a true and accurate copy of the foregoing filings:

<u>Plaintiff's Motion for Leave to Late File Opposition to DOC defendants' Memorandum of Law in Support of Their First Affirmative Defense--Failure to State a Claim;</u>

<u>Plaintiff's Opposition to DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense-- Failure to State a Claim;</u> and

<u>Motion for Enlargement of Time</u>

on counsel of record for the defendant's, via the Treatment Center's internal "infra" mailing system.

Dated: 11/14/06 .                _____
                                             Christopher Alves, #M-81271
                                             Plaintiff/Pro-se