UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER ALVES,
    Plaintiff,

vs.                                            C.A.No.05-11090-RBC

ROBERT MURPHY, Superintendent, et al.,
    Defendant's.

## PLAINTIFF'S OPPOSITION TO DOC DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR FIRST AFFIRMATIVE DEFENSE-FAILURE TO STATE A CLAIM

Plaintiff, Christopher Alves, acting pro-se in the above referenced matter, hereby opposes the DOC Defendants' Memorandum of Law in Support of their First Affirmative Defense-Failure to State a Claim.

In support thereof, plaintiff reserves the right to submit a Memorandum of Law at a later date.(A Motion for Enlargement of Time is filed herewith).

Dated: 11/19/06 .            Respectfully submitted,

                                                C. Alves
                                                Christopher Alves, #M-81271
                                                Plaintiff/Pro-se
                                                Mass. Treatment Center
                                                30 Administration Rd.
                                                Bridgewater, Mass. 02324