UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER ALVES,  
    Plaintiff,

vs.

ROBERT MURPHY, Superintendent, et al.,  
    Defendant's.

C.A.No. 05-11090-RBC.

FILED IN OFFICE  
2007 JAN 12 P 1:36  
U.S. DISTRICT COURT  
DISTRICT OF MASS.

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Christopher Alves, acting pro-se in the above referenced matter, hereby motions this court, pursuant to 28 U.S.C. §1915, to appoint counsel to represent him during the course of this action.

As grounds, plaintiff rely's upon the declarations in his attached Affidavit in Support herewith, and his accompanying Memorandum of Law in Support of Plaintiff's Opposition to DOC Defendants' Memorandum of Law in Support of Their Firts Affirmative Defense—Failure to State a Claim.

Dated: 1/5/07 .

Respectfully submitted,

_C. Alves_  
Christopher Alves, #M-81271  
Plaintiff/Pro-se  
Mass. Treatment Center  
30 Administration Rd.  
Bridgewater, Mass. 02324

**CERTIFICATE OF SERVICE**

I, Christopher Alves, hereby certify's that I have today served a true and accurate copy of the within filing on counsel of record for the defendant's, by institutional mail.

Dated: 1/5/07.  
_C. Alves_  
Christopher Alves, #M-81271  
Plaintiff/Pro-se