UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-11090-MLW

**CHRISTOPHER ALVES,**
      **Plaintiff,**

**v.**

**ROBERT MURPHY,** *et al.***,**
      **Defendants.**

### DEFENDANT STEPHEN CORRIGAN'S MOTION TO JOIN THE DOC DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR FIRST AFFIRMATIVE DEFENSE – FAILURE TO STATE A CLAIM

NOW COMES the Defendant, Stephen Corrigan (hereinafter the "Defendant"), and respectfully moves that this Honorable Court enter an order allowing the Defendant to join in and adopt the *DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense – Failure to State a Claim*.

As reason therefor, the Defendant states the following:

1. The allegations contained in the Plaintiff's Verified Complaint are the same against all of the defendants in this matter.

2. The facts upon which the Plaintiff's allegations are based are the same with respect to all of the defendants in this matter.

3. As a result, the questions of law presented in the DOC Defendant's Memorandum of Law in Support of Their First Affirmative Defense – Failure to State a Claim are common to all of the defendants in this matter.

4. To require each counsel to prepare and file separate memoranda would involve needless duplication of effort.

5. None of the parties, including the Plaintiff, are prejudiced by the allowance of this motion.

WHEREFORE the Defendant respectfully requests that this Court ALLOW the Defendant's Motion to Join the DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense – Failure to State a Claim.

                Respectfully submitted,
                Defendant Stephen Corrigan,
                By his Attorney

                /s/ Kevin W. Mulvey
                Kevin W. Mulvey
                Mulvey, Sneider & Freyman, PC
                1244 Boylston Street, Suite 200
                Brookline, MA 02467
                Telephone: (617) 278-1881
                Fax: (617) 278-1888
                BBO #: 642914

Dated: February 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the above *Defendant's Motion to Join the DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense – Failure to State a Claim* on the following parties via first class mail:

| | |
|---|---|
| Christopher Alves | Brian P. Mansfield, Esq. |
| 30 Administration Road | Massachusetts Treatment Center |
| Bridgewater, MA 02324 | 30 Administration Road |
| | Bridgewater, MA 02324 |

                /s/ Kevin W. Mulvey
                Kevin W. Mulvey
                Mulvey, Sneider & Freyman, PC
                1244 Boylston Street, Suite 200
                Brookline, MA 02467
                Telephone: (617) 278-1881
                Fax: (617) 278-1888
                BBO #: 642914

Dated: February 13, 2007