UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER ALVES, )
    Plaintiff, )
     )
vs. ) U.S. C.A. No. 05-11090-RBC.
     )
ROBERT MURPHY, Superintendent, et al., )
    Defendant's. )

### PLAINTIFF'S NOTICE NOT TO IMPOSE DEFENDANT STEPHEN CORRIGAN'S MOTION TO JOIN THE DOC DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR FIRST AFFIRMATIVE DEFENSE – FAILURE TO STATE A CLAIM

Plaintiff, Christopher Alves, acting pro-se in the above referenced matter, hereby gives notice of his intent not to impose Defendant Stephen Corrigan's Motion to Join the DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense – Failure to State a Claim.

To the extent that defendant Stephen Corrigan seeks an order of dismissal of the Complaint for failure to state a claim, plaintiff hereby incorporates his arguments set forth in his Memorandum of Law in Opposition to DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense – Failure to State a Claim, (dated: 1/5/07)(on file).

Dated: 2/22/07.     Respectfully submitted,

                         *C. Alves*
                         Christopher Alves, #M-81271
                         Plaintiff/Pro-se
                         Mass. Treatment Center
                         30 Administration Rd.
                         Bridgewater, Mass. 02324

Christopher Alves, #M-81271
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

Dated: 2/22/07 .

Clerk of Courts
U.S. District Court
1 Courthouse Way - Suite 2300
Boston, Mass. 02210

      RE: <u>Alves vs. Murphy, Superintendent, et al.</u>
           U.S.D.C. C.A.No.05-11090-RBC.

Dear Clerk:

    Please find enclosed for filing in the above-referenced matter the following:

- Plaintiff's Notice Not to Oppose Defendant Stephen Corrigan's Motion to Join the DOC Defendants' Memorandum of Law in Support of Their First Affirmative Defense - Failure to State a Claim; and
- Certificate of Service.

    Thank you for your attention in this matter.

Sincerely,

_____
Christopher Alves, #M-81271
Plaintiff/Pro-se

cc: C.A.(FILE)
    Kevin W. Mulvey, Esq.
    Brian P. Mansfield, Esq.