Christopher Alves, #M-81271
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

FILED
IN CLERKS OFFICE

2007 AUG -6  P 12: 17

Dated: August 3, 2007.

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk of Courts
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

    RE: Alves vs. Murphy, Superintendent, et al.
        U.S.D.C. C.A.No.05-11090-RBC.

Dear Clerk:

    I am writing in regards to the above-referenced matter and to request a "status" up-date on the parties pending Motions. I understand that these matters take time. However, all pleadings at issue have been on file since January 1, 2007. As such, could you please kindly check the docket and advise?

    Thank you very much.

Sincerely,

*/s/ Christopher Alves*
Christopher Alves, #M-81271