# United States District Court
# District of Massachusetts

CHRISTOPHER ALVES,
    Plaintiff,
    v.                                 CIVIL ACTION NO. 2005-11090-RBC[1]
ROBERT MURPHY, ETC.,
JOHN RULL, ETC.,
STEPHEN CORRIGAN, ETC.
    Defendants.

## JUDGMENT

COLLINGS, U.S.M.J.

The case came on before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. In accordance with the Memorandum and Order on Defendants' Motion to Dismiss entered this date,

IT IS ORDERED AND ADJUDGED:

    JUDGMENT dismissing all claims against defendants which are based on Federal law.

    JUDGMENT dismissing without prejudice all claims against defendants which are based on state law, the Court declining to assert supplementary jurisdiction.

---

[1] With the parties' consent this case has been reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. §626(c).

No costs.

                                        SARAH ALLISON THORNTON
                                        Clerk of Court

                                  By: */s/ Kathleen Dolan*
                                        Kathleen Dolan
                                        Deputy Clerk

Dated at Boston, Massachusetts
this 14th day of January, 2008.